UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ashley Lessard, Jackie Abrams, Thomas Walton, and Joy White on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Capulet Entertainment, LLC and Estevan Vega<br><br>Defendants. | Civil Action No.: 3:24-cv-01229<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The undersigned, counsel of record for Ashley Lessard, Jackie Abrams, Thomas Walton, and Joy White, on behalf of themselves and all others similarly situated, hereby voluntarily dismisses their claims against Capulet Entertainment, LLC and Estevan Vega, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own fees and costs.

Dated: July 31, 2024                    Respectfully submitted,

**SIRI & GLIMSTAD LLP**

/s/ *Oren Faircloth*
Oren Faircloth (Bar No. ct30530)
Lisa R. Considine (*Pro Hac Vice* to be filed)
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (929) 677-5181
Fax: (646) 417-5967
E: ofaircloth@sirillp.com
E: lconsidine@sirillp.com

*Attorneys for Plaintiffs and the Class and Subclasses*